COMMONWEALTH vs. CERTAIN INTOXICATING LIQUORS,
WILMOT F. FISHER, claimant.

Norfolk.  Nov. 24, 1884. — Jan. 8, 1885.  FIELD, C. ALLEN, & COLBURN,
JJ., absent.

A complaint, alleging that F. kept certain intoxicating liquors in his express office
in S., "which said liquors were brought into said town of S. by said F. in
violation of the provisions of" the Pub. Sts. c. 100, § 17, is uncertain and insuf-
ficient.

MORTON, C. J.  The complaint in this case alleges that the
claimant Fisher kept certain intoxicating liquors in his express
office in Stoughton, "which said liquors were brought into said
town of Stoughton by said Wilmot F. Fisher in violation of
the provisions of section seventeen of chapter one hundred of
the Public Statutes of said Commonwealth."

Bringing intoxicating liquors into a town is not in itself un-
lawful.  It is made unlawful and subject to punishment, if the
person bringing it does so " with intent to sell the same himself,
or to have the same sold by another, or having reasonable cause
to believe that the same is intended to be sold in violation of
law."  Pub. Sts. c. 100, § 17.

The statute creates several offences.  An indictment or com-
plaint merely alleging that the defendant brought liquor into a
town in violation of the statute, would be open to the objection
that it does not allege any illegal intent, and that it fails to
show which of the several offences he is charged with, and
would therefore be uncertain and insufficient.  The same rule
applies to proceedings for a search-warrant to enforce the forfeit-
ure of liquors brought into a town in violation of this statute.

The complaint must set forth fully and formally the offence
which the claimant or carrier has committed, and which works
a forfeiture of the liquors, so that he may know what specific
charge he is to meet.  For these reasons, without considering
other objections, we are of opinion that the complaint in this
case is uncertain and insufficient.  *Proceedings quashed.*

*J. Brown,* for the claimant.

*H. N. Shepard,* Assistant Attorney General, for the Common-
wealth.